**BRIAN D. SHAPIRO**  
Trustee in Bankruptcy  
411 E. Bonneville Ave., Suite 300  
Las Vegas, NV 89101  
(702) 386-8600 Fax (702) 383-0994  
trustee@trusteeshapiro.com

E-filed: July 15, 2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANA R. AYALA,<br><br><br><br><br><br>Debtor(s). | Chapter 7<br>Case No. 09-27161-MKN<br><br>**TRUSTEE'S MOTION TO SELL NON-EXEMPT ASSETS SUBJECT TO ANY AND ALL LIENS AND ENCUMBRANCES**<br><br>Hearing Date: August 25, 2010<br>Hearing Time: 11:00 a.m. |

    BRIAN D. SHAPIRO, TRUSTEE respectfully moves this Court for an Order allowing the Trustee to sell the Estate's interest in Eureka County Parcel Nos. 003-103-04 and 003-113-05 located in Crescent, Nevada (the "real property") subject to any and all liens and encumbrances, without warranty and in an "as is" condition to Ana R. Ayala. This motion is based upon the following points and authorities, the pleadings and proceedings had herein, the Declaration of Brian D. Shapiro in Support and any oral argument this Court may permit.

                                    /s/ Brian D. Shapiro  
                                    BRIAN D. SHAPIRO, TRUSTEE

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Statement of Facts

The following Facts are based upon the Declaration of Brian D. Shapiro, which is being filed contemporaneously with this motion.

1. On September 15, 2009 Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada. Id.

2. Brian D. Shapiro was appointed as Chapter 7 Trustee. Id.

3. On October 19, 2009 Debtor testified at her 341 Meeting of Creditors she owns Eureka County Parcel Nos. 003-103-04 and 003-113-05 located in Crescent, Nevada. She further testified that the real property is owned free and clear of liens. Id.

4. The real property is valued at $1,018.85. Id.

5. The Trustee entered into a purchase agreement with Ana R. Ayala to purchase the Estate's interest for $1,018.85. Id. A copy of the purchase agreement is attached to the Declaration of Brian D. Shapiro as Exhibit 1.

6. The Trustee has examined the value of the real property and believes that the purchase price is approximately equal to its actual value. Id.

7. The Trustee also believes that it is in the best interest of the Estate to sell the real property to Ana R. Ayala. Id.

## II. Legal Argument

STATEMENT OF LAW:

This Motion is brought pursuant to 11 U.S.C. §363 which provides:

> (b)(1) The trustee after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.
>
> . . .
>
> (f)   The trustee may sell property under Section (b) or (c) of this Section free and clear of any interest in such property of an entity other than the estate, only if -
>
> . . .
>
> (3) Such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

The Trustee believes that the proposed sale is in the best interest of the Estate, and that considering the circumstances, the Estate is receiving fair and reasonable value for the assets being sold.

### III. Conclusion

The Trustee respectfully requests this Court to approve the sale of the Real Property, less costs of sale and commissions, authorizing the Trustee to sign any and all documents to consummate the sale.

DATED this 15th day of July, 2010.

/s/ Brian D. Shapiro
BRIAN D. SHAPIRO, TRUSTEE